STATE OF LOUISIANA

VERSUS

VINCENT GOFFNER, JACOREY DAVIS,
AND MALIK RODRIGUE

NO. 23-K-403

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 17, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** STATE OF LOUISIANA

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 22-209

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

**WRIT GRANTED; STAY DENIED**

This Court previously determined in writ 23-K-179 (La. App. 5th Cir. 4/7/23) (unpublished disposition), that evidence of Vincent Goffner's Instagram records, Facebook records, iCloud records, and cell phone extraction are all admissible pursuant to the provisions of La. C.E. art. 404(B). We noted in the prior disposition that the State did not detail which specific pieces of evidence it would seek to introduce at trial, but rather requested an *in globo* ruling that all the evidence be deemed admissible.[1] As part of our ruling, we remanded the matter with instructions that, should the defendant re-urge this issue, the trial court would require the State to identify specifically the items that it desires a *res gestae*/404(B) ruling on in order that the trial court can properly rule as to each specific item.

Once again, we find that the defendant's motion, the State's *in globo* evidence, and the trial court's current ruling all lack the specificity that we previously ordered on remand. Accordingly, the writ is granted and the trial court's ruling is vacated. Should the defendant re-urge this issue, we instruct that

---

[1] We referred to the practice as a "document dump," done with the expectation "that the trial court, defense counsel, and now this Court could simply comb through the items to make appropriate objections to (in the case of defense counsel) and appropriate rulings on admissibility (in the case of the trial court and this Court)."

the State must specifically identify the evidence it intends to introduce at trial. In turn, the defendant must specify what evidence he seeks to exclude under La. C.E. art. 404(B)(i) and (ii), and that the trial court shall make a ruling on each identified exhibit, specifically and individually.

Gretna, Louisiana, this 17th day of August, 2023.

**JJM**
**SMC**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/17/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-K-403**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Gregory Q. Carter (Respondent)           Thomas J. Butler (Relator)
                                         Darren A. Allemand (Relator)

### MAILED

Joseph L. Perez (Respondent)             Honorable Paul D. Connick, Jr. (Relator)
Price Quenin (Respondent)                District Attorney
Attorney at Law                          Twenty-Fourth Judicial District
848 Second Street                        200 Derbigny Street
Third Floor                              Gretna, LA 70053
Gretna, LA 70053

## SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

Price Quenin
Attorney at Law
848 Second Street
Third Floor
Gretna, LA 70053
23-K-403                    08-17-23

|||||| barcode ||||||
9590 9402 2434 6249 3573 13

2. Article Number *(Transfer from service label)*
7016 2070 0000 0954 7790

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... il
☐ ... il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt